HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZACH RUSSELL SWEET,

    Plaintiff,

  v.

CAROLYN W. COLVIN, in her capacity as Acting Commissioner of Social Security,

    Defendant.

CASE NO. C13-933RAJ

ORDER

    The court has received the Report and Recommendation ("R&R") of the Honorable Mary Alice Theiler, United States Magistrate Judge. The R&R recommends that the court grant the parties' stipulated motion to remand this action to the Commissioner for further administrative proceedings.

    The court ADOPTS the R&R (Dkt. # 27), REVERSES the Commissioner's decision, and REMANDS this action, via sentence four of 42 U.S.C. § 405(g), to the Commissioner for further proceedings as described in the R&R. The clerk shall enter judgment for plaintiff, and shall ensure that Judge Theiler receives notice of this order.

    DATED this 5th day of November, 2013.

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1