**RICHARD A. JONES**
U.S. District Court Judge

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **ZACH RUSSELL SWEET** <br><br> Plaintiff, <br><br> vs. <br><br> **CAROLYN W. COLVIN**, <br> Acting Commissioner, Social Security Administration,**,** <br><br> Defendant. | NO. 13-cv-00933-RAJ <br><br> **AGREED ORDER FOR AWARD OF EAJA FEES** |

The court GRANTS the parties' stipulated motion (Dkt. # 30) for an award of attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The court orders as follows:

1. The Commissioner is directed to pay EAJA fees in the amount of **$3,676.44.**

2. Payment of the award, after offset of qualifying federal debt under the Treasury Offset Program as described in *Astrue v. Ratliff,* 130 S.Ct. 2521 (2010), shall be made payable to Plaintiff and shall be mailed to Plaintiff's attorneys, Holly A. Kessler and Gerald R. Tarutis of Tarutis & Brunstrom, P.S., 9750 Third Avenue NE, Suite 375, Seattle, WA, 98115.

**AGREED ORDER FOR AWARD OF EAJA FEES,**
**NO. 13-cv-00933-RAJ – 1**
S:\Jones\Josh\Josh Chronology\13-933 Sweet v. Colvin - stipulated attorney fees.docx

LAW OFFICES
TARUTIS & BRUNSTROM, P.S.
NORTHGATE OFFICE BUILDING
9750 THIRD AVENUE NE, SUITE 375
SEATTLE, WA 98115
PH: 206-223-1515 – FAX: 206-223-1325

3. If Plaintiff has no debt which qualifies for offset under the Treasury Offset Program, payment of the entire award shall be payable directly to Ms. Kessler and Mr. Tarutis and mailed to the address above.

Dated this 21st day of January, 2014.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

**AGREED ORDER FOR AWARD OF EAJA FEES,**
**NO. 13-cv-00933-RAJ – 2**
S:\Jones\Josh\Josh Chronology\13-933 Sweet v. Colvin - stipulated attorney fees.docx

LAW OFFICES
TARUTIS & BRUNSTROM, P.S.
NORTHGATE OFFICE BUILDING
9750 THIRD AVENUE NE, SUITE 375
SEATTLE, WA 98115
PH: 206-223-1515 – FAX: 206-223-1325